# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MONTROSE HILLBILLIES II, LLP,** | : | Civil No. 3:14-CV-2264 |
| | : | |
| Plaintiff | : | (M.J. Carlson) |
| | : | |
| v. | : | |
| | : | |
| **WPX ENERGY KEYSTONE, LLP and** | : | |
| **STERN MARCELLUS HOLDINGS, LLC** | : | |
| | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 20th day of May 2016, upon consideration of the parties' cross-motions for summary judgment (Docs. 27, 29.), and for the reasons set forth in the accompanying memorandum, IT IS HEREBY ORDERED THAT the defendants' motion (Doc. 29.) is GRANTED and the plaintiff's motion (Doc. 27.) is DENIED. The Clerk of Court shall enter judgment in favor of the defendants and close the case.

*/s/ Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge